"O"

FILED
CLERK U.S DISTRICT COURT

SEP 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      CR 10-556-DDP
                               )
            Plaintiff,         )      ORDER [OF DETENTION] [SETTING
                               )      CONDITIONS OF RELEASE] AFTER HEARING
       v.                      )      (18 U.S.C. § 3148(b):
                               )      (Allegations of Violation of
HENRY KWONG                    )      Pretrial Conditions of Release)
                               )
            Defendant.         )
_____)

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Pregerson

B.

The court finds there is

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)  Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)

    (A)    ( )  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)    (X)  The person is unlikely to abide by any condition or combination of conditions of release.

                and/or, in the event of (1)(A)

(3)    ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

or

(4)    ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

        ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

or

C.

(X)   IT IS ORDERED defendant be detained prior to trial.

DATED: 9/14/11

_____

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]

3